

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,575-01

### EX PARTE WILLIAM TYRONE WASHINGTON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1345408-A IN THE 262ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to fifty-five years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Washington v. State*, No. 14-12-00466-CR (Tex. App.—Houston [14th Dist.] May 29, 2014) (not designated for publication).

Applicant contends, among other things, that trial counsel was ineffective. The trial court signed a timely order designating issues, but the district clerk forwarded this application before the trial court made findings of fact and conclusions of law. *See* TEX. R. APP. P. 73.4(b)(5). We remand

this application so the trial court can finish making findings and conclusions.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: November 20, 2019
Do not publish